IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL A. BOSH, Chairman on behalf of the STEELWORKERS PENSION TRUST, | ) ) ) No. 17-0823 |
| Plaintiff, | ) ) |
| v. | ) Honorable Arthur J. Schwab ) |
| REMALY MANUFACTURING CO., INC., | ) ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, to wit, this 27th day of July, 2017, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is hereby GRANTED. Judgment is entered in favor of the Plaintiff, Daniel A. Bosh, Chairman on behalf of the Steelworkers Pension Trust and against the Defendant, Remaly Manufacturing Co., Inc. in the amount of $65,427.43.

BY THE COURT:

_____
United States District Judge

626647.1